1  KEITH A. WEAVER
Nevada Bar No. 10271
2  DANIELLE WOODRUM
Nevada Bar No. 12902
3  ALISSA N. BESTICK
Nevada Bar No. 14979C
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
702.893.3383
6  FAX: 702.893.3789
Attorneys for Defendant PacificSource Health
7  Plans

8

9                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA
10

11

   MITCHELL DAVIS, an individual,              CASE NO. 2:19-cv-00045
12
              Plaintiff,                        STIPULATION AND [PROPOSED]
13                                              ORDER EXTENDING TIME TO ANSWER
      vs.
14
   PACIFICSOURCE HEALTH PLANS, an
15 Oregon corporation,

16            Defendant.

17

18        Plaintiff, MITCHELL DAVIS, by and through his undersigned counsel of record, of

19 REMPFER MOTT LUNDY, PLLC, and Defendant PACIFICSOURCE HEALTH PLANS,

20 by and through its undersigned counsel of record, of LEWIS BRISBOIS BISGAARD &

21 SMITH LLP, hereby stipulate and agree as follows:

22        The time for Defendant PACIFICSOURCE HEALTH PLANS to answer or

23 otherwise move with respect to the Summons and Complaint in the above-referenced

24 action, is hereby extended to and including March 13, 2019.

25 / / /

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-8033-9593.1

1    IT IS FURTHER STIPULATED AND AGREED that an executed electronic copy of

2  this Stipulation shall be deemed an original.

3  SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

4  Dated: February 27th, 2019            Dated: February 27th, 2019

5  REMPFER MOTT LUNDY, PLLC          LEWIS BRISBOIS BISGAARD & SMITH LLP

6  /s/ Scott E. Lundy, Esq.               _Alvi Bestick_

7  Joseph N. Mott, Esq.                  Keith A. Weaver
   Nevada Bar No. 12455                  Nevada Bar No. 10271
8  Scott E. Lundy, Esq.                  Danielle Woodrum
   Nevada Bar No. 14235                  Nevada Bar No. 12902
9  10091 Park Run Dr., Ste. #200         Alissa N. Bestick
   Las Vegas, NV 89145                   Nevada Bar No. 14979C
10 *Attorneys for Plaintiff*             6385 S. Rainbow Boulevard, Suite 600
                                         Las Vegas, Nevada 89118
11                                       *Attorneys for Defendant PacificSource Health*
                                         *Plans*
12

13                              ORDER

14

15       IT IS SO ORDERED:

16            2-27-2019
   DATED _____.

17

18

19                      _____
                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW