**Rempfer Mott Lundy, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com

Attorney for Plaintiff
**MITCHELL DAVIS**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **MITCHELL DAVIS,** an individual,<br><br>**Plaintiff**,<br><br>vs.<br><br>**PACIFICSOURCE HEALTH PLANS,** an Oregon corporation,<br><br>**Defendant**. | **Case No.: 2:19-CV-00045**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT PACIFICSOURCE HEALTH PLANS' MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

Pursuant to LR 7-1 and LR IA 6-1, the parties, by and through undersigned counsel of record, hereby stipulate and request that the Court extend the deadline for Plaintiff to file his Opposition to Defendant's Motion to Dismiss from the current deadline of Wednesday, March 27, 2019, up to and including Tuesday, April 9, 2019. This is the parties' first such request.

This request for an extension is based on good cause and is not for the purpose of delay.






*Rempfer Mott Lundy, PLLC*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 825-5303; fax (702) 8254413*
*Info@rmllegal.com*

Dated: Wednesday, March 27, 2019.

REMPFER MOTT LUNDY, PLLC

/s/ Joseph N. Mott
Joseph N. Mott
Nevada Bar No. 12455
Scott E. Lundy
Nevada Bar No. 14235
Attorneys for Plaintiff
**Mitchell Davis**

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Alissa N. Bestick
Keith A. Weaver
Nevada Bar No. 10271
Danielle Woodrum
Nevada Bar No. 12902
Alissa N. Bestick
Nevada Bar No. 14979
Attorneys for Defendant
**PacificSource Health Plans**

**ORDER**

IT IS SO ORDERED.

Dated: March 27, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE






*Rempfer Mott Lundy, PLLC*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 825-5303; fax (702) 8254413*
*Info@rmllegal.com*