KEITH A. WEAVER
Nevada Bar No. 10271
DANIELLE WOODRUM
Nevada Bar No. 12902
ALISSA N. BESTICK
Nevada Bar No. 14979C
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant PacificSource Health Plans*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MITCHELL DAVIS, an individual,

    Plaintiff,

vs.

PACIFICSOURCE HEALTH PLANS, an Oregon corporation,

    Defendant.

CASE NO. 2:19-cv-00045

STIPULATION AND
ORDER EXTENDING TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION MOTION TO DISMISS

FIRST REQUEST

Plaintiff, MITCHELL DAVIS, by and through his undersigned counsel of record, REMPFER MOTT LUNDY, PLLC, and Defendant PACIFICSOURCE HEALTH PLANS, by and through its undersigned counsel of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree as follows:

The time for Defendant PACIFICSOURCE HEALTH PLANS to file its Reply to Plaintiff's Opposition to the Motion to Dismiss in the above-referenced action, is hereby extended to and including April 23, 2019.

///

///

///

///

4842-8433-6788.1

IT IS FURTHER STIPULATED AND AGREED that an executed electronic copy of this Stipulation shall be deemed an original.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: April 16th, 2019

Dated: April 16th, 2019

REMPFER MOTT LUNDY, PLLC

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Scott E. Lundy, Esq.

Joseph N. Mott, Esq.
Nevada Bar No. 12455
Scott E. Lundy, Esq.
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145
*Attorneys for Plaintiff*

Keith A. Weaver
Nevada Bar No. 10271
Danielle Woodrum
Nevada Bar No. 12902
Alissa N. Bestick
Nevada Bar No. 14979C
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant PacificSource Health Plans*

ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: April 16, 2019.

4842-8433-6788.1

2