# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL DAVIS, | Case No.: 2:19-cv-00045-APG-VCF |
| Plaintiff | **Order Granting Motion to Supplement** |
| v. | [ECF No. 13] |
| PACIFICSOURCE HEALTH PLANS, INC., | |
| Defendant | |

IT IS ORDERED that defendant PacificSource Health Plans, Inc.'s unopposed motion to supplement **(ECF No. 13) is GRANTED**. Defendant shall file a copy of the Policy on or before August 16, 2019.

DATED this 2nd day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE